IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SAMMY E. STEWART**                                                                **PETITIONER**
**ADC #103511**

**v.**                                     **4:20CV00011-BRW-JJV**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                             **RESPONDENT**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, the Petition for Writ of Habeas Corpus (Doc. No. 2) is DISMISSED and the requested relief is DENIED.

No certificate of appealability will issue.

IT IS SO ORDERED this 4th day of February, 2020.

                                                                _Billy Roy Wilson_
                                                                UNITED STATES DISTRICT JUDGE