IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SAMMY E. STEWART**                                                                        **PETITIONER**
**ADC #103511**

**v.**                                      **4:20CV00011-BRW-JJV**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                          **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today, this case is DISMISSED.

IT IS SO ORDERED this 4th day of February, 2020.

                                                  Billy Roy Wilson_____
                                                  UNITED STATES DISTRICT JUDGE